IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | Case No.  3:17-CR-155-L |
| § | |
| CHRISTOPHER RYDBERG (3) § | |
| § | |

## DEFENDANT RYDBERG'S WITNESS LIST

Pursuant to Rule 16.1(B) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Defendant Christopher Rydberg submits the following list of witnesses that may be used in his defense at trial. Defendant adopts all government and co-defendant witness lists filed in this case, subject to and without waiving challenges to admissibility. Defendant reserves the right to supplement or amend this exhibit list, subject to rulings of the Court or submissions of the parties.

| NAME | LIKELIHOOD |
|---|---|
| Bachman, Judy | possible |
| Clifford, Philip | possible |
| Crocker, Gerry | possible |
| Davis, Randy | possible |
| Guardian, Amoret "Mona" | possible |
| Imtiyazuddin, Mohammed | possible |
| Marines, Megan | possible |
| Paprskar, Elsa | possible |
| Ritter, Robert | possible |
| Rydberg, Chris | possible |
| Sager, James D. | possible |
| Van Gieson, Robert "Hump" | possible |
| Zamanian, Hossein | possible |

Respectfully submitted,

*/s/ Barry Sorrels*

BARRY SORRELS
State Bar No. 18855300
STEPHANIE LUCE OLA
State Bar No. 24065649
SORRELS OLA
2619 Hibernia Street
Dallas, Texas 75204
214-774-2424 - phone
bjs@sorrelsola.com
**ATTORNEYS FOR DEFENDANT
CHRISTOPHER RYDBERG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to opposing counsel on this 27th day of September, 2022.

*/s/ Barry Sorrels*
Barry Sorrels