**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **Case No.  3:17-CR-155-L** |
| | § | |
| **CHRISTOPHER RYDBERG (3)** | § | |

**DEFENDANT RYDBERG'S EXHIBIT LIST**

Pursuant to Rule 16.1(B) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Defendant Christopher Rydberg submits the following list of exhibits that may be used in his defense at trial. Defendant adopts all government and co-defendant exhibit lists filed in this case, subject to and without waiving challenges to admissibility. Defendant reserves the right to supplement or amend this exhibit list, subject to rulings of the Court or submissions of the parties.

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1 | | SOS - Bandoola Pharmaceutical LLC | GOV_00044399-44403 | | |
| 2 | | SOS - Industrial & Family Pharmacy, Inc. | GOV_00044480-44483 | | |
| 3 | | SOS - Ability Pharmacy, Inc | GOV_00044379-44398 | | |
| 4 | | SOS - JCD Realty LLC | GOV_00044367-44378 | | |
| 5 | | SOS - Jade and Joy Holding, LLC | GOV_00044484-44490 | | |
| 6 | | SOS - HJLM Holding, LLC | GOV_00044471-44479 | | |
| 7 | | SOS - Queen Shiva LLC | GOV_00044572-44584 | | |
| 8 | | SOS - Park Row Pharmacy, LLC | GOV_00044560-44571 | | |
| 9 | | Jade and Joy Holding LLC 1065 account transcript 2016.pdf | GOV_00068002-68003 | | |

DEFENDANT RYDBERG'S EXHIBIT LIST – PAGE 1

| | | | | | |
|---|---|---|---|---|---|
| 10 | | Rydberg MeF Form 1040 2015.pdf | GOV_00068492-68514 | | |
| 11 | | Khavarmanesh 1040 account transcript 2015.pdf | GOV_00068004-68006 | | |
| 12 | | Nourian MeF Form 1040 2016.pdf | GOV_00068345-68410 | | |
| 13 | | Rydberg 1040 account transcript 2015.pdf | GOV_00068026-68028 | | |
| 14 | | Ability Pharmacy Inc 1120S account transcript 2015.pdf | GOV_00067983-67985 | | |
| 15 | | HJLM Holding LLC 1065 account transcript 2016.pdf | GOV_00067995-67996 | | |
| 16 | | Nourian 1040 account transcript 2015.pdf | GOV_00068008-68010 | | |
| 17 | | Bandoola Pharmaceutical LLC 1065 account transcript 2016.pdf | GOV_00067991-67992 | | |
| 18 | | Park Row Pharmacy LLC 1120S account transcript 2016.pdf | GOV_00068017-68019 | | |
| 19 | | Khavarmanesh MeF Form 1040 2015.pdf | GOV_00068263-68277 | | |
| 20 | | Ritter J. 1040 account transcript 2015.pdf | GOV_00068020-68022 | | |
| 21 | | Industrial & Family Pharmacy Inc 1120 account transcript 2015.pdf | GOV_00067997-67999 | | |
| 22 | | HJLM Holdings LLC MeF Form 1065 2015.pdf | GOV_00068143-68173 | | |
| 23 | | HJLM Holdings LLC MeF Form 1065 2016.pdf | GOV_00068174-68021 | | |
| 24 | | Ritter J. MeF Form 1040 2015.pdf | GOV_00068450-68470 | | |
| 25 | | Jade and Joy Holding LLC MeF Form 1065 2015.pdf | GOV_00068225-68243 | | |
| 26 | | Ability Pharmacy Inc MeF Form 1120S 2015.pdf | GOV_00068029-68065 | | |
| 27 | | Bandoola Pharmaceutical LLC MeF Form 1065 2015.pdf | GOV_00068098-68117 | | |
| 28 | | Ability Pharmacy Inc MeF Form 1120S 2016.pdf | GOV_00068066-68097 | | |
| 29 | | Jade and Joy Holding LLC 1065 account transcript 2015.pdf | GOV_00068000-68001 | | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | | Park Row Pharmacy LLC MeF Form 1120S 2016.pdf | GOV_00068430-68449 | | |
| 31 | | Industrial & Family Pharmacy Inc MeF Form 1120S 2015.pdf | GOV_00068204-69224 | | |
| 32 | | Park Row Pharmacy LLC 1120S account transcript 2015.pdf | GOV_00068014-68016 | | |
| 33 | | Ritter R. MeF Form 1040 2015.pdf | GOV_00068471-68491 | | |
| 34 | | Ritter R. 1040 account transcript 2015.pdf | GOV_00068023-68025 | | |
| 35 | | HJLM Holding LLC 1065 account transcript 2015.pdf | GOV_00067993-67994 | | |
| 36 | | Nourian 1040 account transcript 2016.pdf | GOV_00068011-68013 | | |
| 37 | | Bandoola Pharmaceutical LLC 1065 account transcript 2015.pdf | GOV_00067989-67990 | | |
| 38 | | Ability Pharmacy Inc 1120S account transcript 2016.pdf | GOV_00067986-67988 | | |
| 39 | | Park Row Pharmacy LLC Form 1120S 2015.pdf | GOV_00068411-68429 | | |
| 40 | | Bandoola Pharmaceutical LLC MeF Form 1065 2016.pdf | GOV_00068118-68142 | | |
| 41 | | Jade and Joy Holding LLC MeF Form 1065 2016.pdf | GOV_00068244-68262 | | |
| 42 | | Nourian MeF Form 1040 2015.pdf | GOV_00068278-68344 | | |
| 43 | | Williams Phone - Messages_Chat - AppleiPhone6s | GOV_00063994-64743 | | |
| 44 | | Williams Phone 2 - Messages_Chat - AppleiPhone6s | GOV_00062064-62813 | | |
| 45 | 3/9/2016 | Text messages Rydberg and Williams | GOV_00064384-64385 | | |
| 46 | 3/10/2016 | Text messages Rydberg and Williams | GOV_00064424-64432 | | |
| 47 | 3/11/2016 | Text messages Rydberg and Williams | GOV_00064451-64463 | | |
| 48 | 3/21/2016 | Text messages Rydberg and Williams | GOV_00064689 | | |
| 49 | | RESERVED | | | |
| 50 | | RESERVED | | | |

DEFENDANT RYDBERG'S EXHIBIT LIST – PAGE 3

| 51 | | RESERVED | | | |
|----|---|---|---|---|---|
| 52 | | RESERVED | | | |
| 53 | | RESERVED | | | |
| 54 | | RESERVED | | | |
| 55 | | AT&T Records for Rydberg and Williams | No Bates | | |
| 56 | 7/10/2019 | Plea Agreement Supplement - Williams | GOV_00057158-57159 | | |
| 57 | | Emails between Williams and Marines | No Bates, 52 pages | | |
| 58 | 7/23/2015 | Email between Uddin and Rydberg | No Bates | | |
| 59 | 7/23/2015 | Email between Uddin and Rydberg | No Bates | | |
| 60 | 7/21/2015 | Email between Uddin and Rydberg | No Bates | | |
| 61 | 7/27/2015 | Email between Uddin and Rydberg | No Bates | | |
| 62 | 7/28/2015 | Email between Uddin and Rydberg | No Bates | | |
| 63 | 8/13/2015 | Email between Uddin and Rydberg | No Bates | | |
| 64 | 8/28/2015 | Email between Uddin and Rydberg | No Bates | | |
| 65 | 8/28/2015 | Email between Rydberg and James Noryian | No Bates | | |
| 66 | 8/31/2015 | Email between Uddin and McCoy | No Bates | | |
| 67 | 9/8/2015 | Email between Uddin and Rydberg | No Bates | | |
| 68 | 9/10/2015 | Email between Uddin, James Noryian, Leyla Nourian, and Rydberg | No Bates | | |
| 69 | 9/23/2015 | Email between Rydberg and David Noryian | No Bates | | |
| 70 | 10/1/2015 | Email between Uddin and McCoy | No Bates | | |
| 71 | 10/6/2015 | Email between Uddin and McCoy | No Bates | | |
| 72 | 10/6/2015 | Email between Uddin and McCoy | No Bates | | |
| 73 | 10/7/2015 | Email between Uddin, Rydberg, McCoy, and James Noryian | No Bates | | |
| 74 | 10/14/2015 | Email between Uddin and Rydberg | No Bates | | |
| 75 | 12/22/2015 | Email between Uddin and Rydberg | No Bates | | |
| 76 | 1/27/2016 | Emails between Uddin and Bachman | No Bates | | |
| 77 | 2/25/2016 | Emails between Uddin and Rydberg | No Bates | | |
| 78 | 3/9/2016 | Email between Uddin and Rydberg | No Bates | | |
| 79 | 3/24/2016 | Email between Uddin and Rydberg | No Bates | | |
| 80 | 4/11/2016 | Email between Uddin and Rydberg | No Bates | | |
| 81 | 4/13/2016 | Email between Uddin and Rydberg | No Bates | | |

| 82 | 4/15/2016 | Email between Uddin and Rydberg | No Bates | | |
| 83 | 4/27/2016 | Email between Uddin and Rydberg | No Bates | | |
| 84 | 9/3/2017 | Industrial Pharmacy - 2016 Signature Form 8879-S | GOV_00065536 | | |
| 85 | 9/15/2016 | Industrial Pharmacy - 2015 Signature Form 8879-S | GOV_00065535 | | |
| 86 | 9/15/2016 | Park Row Pharmacy - 2015 Signature Form 8879-S | GOV_00065538 | | |
| 87 | 9/6/2017 | Park Row Pharmacy - 2016 Signature Form 8879-S | GOV_00065539 | | |
| 88 | 9/13/2016 | Bandoola 1065 201512_ | GOV_00055107-55123 | | |
| 89 | 9/6/2017 | Bandoola 1065 201612_ | GOV_00055124-55145 | | |
| 90 | 9/13/2016 | Jade Joy 1065 2015_ | GOV_00055217-55232 | | |
| 91 | 9/5/2017 | Jade Joy 1065 2016_ | GOV_00055233-55248 | | |
| 92 | 4/8/2016 | HJLM 1065 201512_ | GOV_00055146-55173 | | |
| 93 | 8/30/2017 | HJLM 1065 201612_ | GOV_00055174-55197 | | |
| 94 | 1/15/2019 | Kimberly McCoy Cell Phone Report | No Bates, pp. 1-17237 | | |
| 95 | | RESERVED | | | |
| 96 | | RESERVED | | | |
| 97 | | RESERVED | | | |
| 98 | | RESERVED | | | |
| 99 | | RESERVED | | | |
| 100 | | RESERVED | | | |
| 101 | | Kimberly McCoy business card | No Bates | | |
| 102 | 9/30/2015 | Email between McCoy and Sumerour | No Bates | | |
| 103 | 11/13/2014 | Email between McCoy and Mitzy P. | No Bates | | |
| 104 | 1/20/2015 | Email between McCoy and Rydberg | No Bates | | |
| 105 | 3/24/2015 | Email between McCoy, James Noryian, and Zamanian | No Bates | | |
| 106 | 2/3/2015 | Email between McCoy, James Noryian, Ritter, and Rydberg | No Bates | | |

| 107 | 3/31/2016 | Email between McCoy and James | No Bates | | |
| 108 | 6/9/2015 | Email between Rydberg and jerry@themcculleyteam.com, James Noryian, and McCoy | No Bates | | |
| 109 | 12/11/2015 | Email between Callahan, McCoy, Rydberg, and James Noryian | No Bates | | |
| 110 | 10/14/2014 | Emal between Uddin and Noryian | No Bates | | |
| 111 | 4/28/2015 | Email between McCoy and Rydberg | No Bates | | |
| 112 | 4/18/2016 | Email between McCoy and Rydberg | No Bates | | |
| 113 | 1/22/2015 | Email between McCoy and Rydberg | No Bates | | |
| 114 | 2/25/2016 | Email between McCoy and Ryan Groeneweg | No Bates | | |
| 115 | 4/23/2015 | Email between James Noryian and Callahan | No Bates | | |
| 116 | 2/24/2016 | Email between Rydberg, McCoy, James Noryian and Callahan | No Bates | | |
| 117 | 10/17/2014 | Email between McCoy and Rydberg | No Bates | | |
| 118 | 12/2/2014 | Email between McCoy, James Noryian, and other | No Bates | | |
| 119 | 4/22/2015 | Email between Kathy Loredo, McCoy, and Rydberg | No Bates | | |
| 120 | 10/8/2014 | Email between McCoy and Rydberg | No Bates | | |
| 121 | 10/9/2014 | Email between McCoy and Rydberg | No Bates | | |
| 122 | 1/26/2016 | Email between McCoy and Sager | No Bates | | |
| 123 | 4/15/2015 | Email between McCoy and Loredo | No Bates | | |
| 124 | 11/23/2015 | Email between McCoy and JB | No Bates | | |
| 125 | 3/2/2016 | Email between McCoy and Sager | No Bates | | |
| 126 | 10/15/2014 | Email between McCoy and James Noryian | No Bates | | |
| 127 | 5/6/2016 | Email between McCoy and Brian Reising | No Bates | | |
| 128 | 10/21/2014 | Email between Fayyazi and McCoy | No Bates | | |
| 129 | 1/5/2015 | Email between McCoy and Ritter | No Bates | | |
| 130 | 2/3/2015 | Email beween McCoy, Ritter, and Khavarmanesh | No Bates | | |

| 131 | 3/23/2015 | Email between McCoy, Ritter, and Khavarmanesh | No Bates | | |
|---|---|---|---|---|---|
| 132 | 10/21/2014 | Email between McCoy and Fayyazi | No Bates | | |
| 133 | 4/20/2015 | Email between McCoy, Ritter, and Khavarmanesh | No Bates | | |
| 134 | 11/17/2014 | Email between Rydberg, James Noryian, and Robert Ritter | No Bates | | |
| 135 | 11/2/2015 | Email between McCoy and Bachman | No Bates | | |
| 136 | 7/21/2015 | Email between McCoy, Rydberg, and Bachman | No Bates | | |
| 137 | 11/9/2015 | Email between Bachman and others | No Bates | | |
| 138 | 3/26/2015 | Email between McCoy, James Noryian, and Moreno | No Bates | | |
| 139 | 3/31/2015 | Email between Rydberg and Fayyazi | No Bates | | |
| 140 | 6/4/2015 | Email between McCoy and Rydberg | No Bates | | |
| 141 | 7/2/2015 | Email between McCoy and Rydberg | No Bates | | |
| 142 | 3/4/2015 | Email between McCoy and Rydberg | No Bates | | |
| 143 | 11/6/2014 | Email between McCoy and Rydberg | No Bates | | |
| 144 | 5/20/2015 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates | | |
| 145 | 1/11/2016 | Email between McCoy, James G, and Rydberg | No Bates | | |
| 146 | 10/1/2015 | Email between McCoy, Uddin, James Noryian, and Rydberg | No Bates | | |
| 147 | 3/9/2015 | Email between McCoy and Rydberg | No Bates | | |
| 148 | 8/31/2015 | Email between McCoy, Wally Jones, and Rydberg | No Bates | | |
| 149 | 3/21/2015 | Email between McCoy, Rydberg, and Vahid Behzadi | No Bates | | |
| 150 | 9/25/2015 | Email between McCoy, Rydberg, Van Gieson, James Noryian, and David Star | No Bates | | |
| 151 | 2/9/2015 | Email between McCoy and Rydberg | No Bates | | |

| 152 | 4/15/2015 | Emails between McCoy, Rydberg, Callahan | No Bates | | |
| 153 | 4/9/2015 | Email between James Noryian and Rydberg | No Bates | | |
| 154 | 8/20/2015 | Email between James Noryian and Kevin Meeks | No Bates | | |
| 155 | 7/1/2015 | Email between Rydberg, James Noryian, and McCoy | No Bates | | |
| 156 | 4/22/2015 | Email between Loredo, Rydberg, McCoy, and Heather Scott | No Bates | | |
| 157 | 11/11/2014 | Email between Rydberg and McCoy | No Bates | | |
| 158 | 12/22/2014 | Email between Rydberg and McCoy | No Bates | | |
| 159 | 11/7/2014 | Email between Rydberg and McCoy | No Bates | | |
| 160 | 3/20/2015 | Email between James Noryian, McCoy, and Callahan | No Bates | | |
| 161 | 6/3/2014 | Email between Rydberg and McCoy | No Bates | | |
| 162 | 6/17/2014 | Email between Rydberg and McCoy | No Bates | | |
| 163 | 1/11/2016 | Email between McCoy and James Cooper | No Bates | | |
| 164 | 10/1/2015 | Email between McCoy and Vasseur | No Bates | | |
| 165 | 6/9/2015 | Email between Rydberg, Sager, James Noryian, and McCoy | No Bates | | |
| 166 | 4/7/2016 | Email between Rydberg and Rachel Bubela | No Bates | | |
| 167 | 8/19/2015 | Email between McCoy and Wally Jones | No Bates | | |
| 168 | 7/29/2015 | Email between James Noryian, McCoy, and Callahan | No Bates | | |
| 169 | 5/1/2015 | Email between McCoy and Ali Alavi | No Bates | | |
| 170 | 5/2/2015 | Email between McCoy and Ali Alavi | No Bates | | |
| 171 | 10/13/2015 | Email between McCoy and Chris Shah | No Bates | | |
| 172 | 9/17/2015 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates | | |

| 173 | 10/20/2015 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates | | |
| 174 | 11/4/2014 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates | | |
| 175 | 1/7/2015 | Email between Rydberg, Ritter, and McCoy | No Bates | | |
| 176 | 6/4/2015 | Email between Ritter and McCoy | No Bates | | |
| 177 | 9/30/2015 | Email between Ritter and McCoy | No Bates | | |
| 178 | 9/30/2015 | Email between McCoy and Mike Benson | No Bates | | |
| 179 | 9/30/2015 | Email between McCoy and Sumerour | No Bates | | |
| 180 | 9/30/2015 | Email between McCoy and Sumerour | No Bates | | |
| 181 | 6/5/2015 | Email between McCoy and Williams | No Bates | | |
| 182 | 2/17/2015 | Email between McCoy and Sager | No Bates | | |
| 183 | 12/29/2014 | Email between McCoy and Benson | No Bates | | |
| 184 | 11/17/2014 | New Loan Application | No Bates | | |
| 185 | 1/7/2015 | Email between Rydberg, McCoy, and Ritter | No Bates | | |
| 186 | 10/15/2012 | Email between Rydberg and Zamanian | No Bates | | |
| 187 | 3/22/2016 | Email between Ritter and Rydberg | No Bates | | |
| 188 | 1/8/2015 | Email between Ritter and Rydberg | No Bates | | |
| 189 | 2/9/2016 | Email between Ritter and Rydberg | No Bates | | |
| 190 | 11/5/2014 | Email between Alavi, Ritter, and Rydberg | No Bates | | |
| 191 | 1/21/2015 | Email between Ritter and Rydberg | No Bates | | |
| 192 | 7/1/2015 | Email between Ritter and Rydberg | No Bates | | |
| 193 | 12/1/2015 | Email between Ritter and Rydberg | No Bates | | |
| 194 | 1/21/2015 | Email between Ritter and Rydberg | No Bates | | |
| 195 | 11/20/2014 | Email between Ritter and Rydberg | No Bates | | |
| 196 | 10/15/2015 | Email between Ritter and Rydberg | No Bates | | |
| 197 | 11/4/2014 | Email between Rydberg, Salaudeen Olatunji, James Noryian, Ritter | No Bates | | |
| 198 | 10/15/2015 | Email between Ritter and Rydberg | No Bates | | |
| 199 | 2/5/2015 | Email between Rydberg, Ritter, and James Noryian | No Bates | | |
| 200 | 2/11/2015 | Email between Rydberg and Callahan | No Bates | | |

| 201 | 2/4/2015 | Email between Ritter and Rydberg | No Bates | | |
| 202 | 3/6/2015 | Email between Ritter and Rydberg | No Bates | | |
| 203 | 3/23/2015 | Email between James Noryian, McCoy, and Zamanian | No Bates | | |
| 204 | 3/24/2015 | Email between James Noryian, McCoy, and Zamanian | No Bates | | |
| 205 | 4/15/2014 | Emails between Rydberg and Zamanian | No Bates | | |
| 206 | 5/20/2014 | Emails between Rydberg and Zamanian | No Bates | | |
| 207 | 7/23/2014 | Email between Rydberg and Fayyazi | No Bates | | |
| 208 | 5/12/2016 | USPS-OIG Cellebrite Report of Robert Van Gieson's iPad | No Bates, pp. 1-1695 | | |
| 209 | | RESERVED | | | |
| 210 | | RESERVED | | | |
| 211 | | RESERVED | | | |
| 212 | | RESERVED | | | |
| 213 | | RESERVED | | | |
| 214 | | RESERVED | | | |
| 215 | | RESERVED | | | |
| 216 | | Handwritten Notes | 2-4-0005 | | |
| 217 | | Handwritten Notes | 2-4-0023 | | |
| 218 | | Handwritten Notes | 2-4-0028 | | |
| 219 | | Handwritten Notes | 2-4-0032 | | |
| 220 | | Handwritten Notes | 2-4-0038 | | |
| 221 | | Handwritten Notes | 2-4-0052 | | |
| 222 | | Handwritten Notes | 2-4-0056 | | |
| 223 | | Handwritten Notes | 2-4-0065 | | |
| 224 | | Handwritten Notes | 2-4-0082 | | |
| 225 | | Handwritten Notes | 2-4-0091 | | |
| 226 | | Handwritten Notes | 2-4-0096 | | |
| 227 | | Handwritten Notes | 2-4-0101 | | |
| 228 | | Handwritten Notes | 2-4-0107 | | |
| 229 | | Handwritten Notes | 2-4-0113 | | |
| 230 | | Handwritten Notes | 2-4-0127 | | |
| 231 | | Handwritten Notes | 2-4-0140 | | |
| 232 | | Handwritten Notes | 2-4-0146 | | |
| 233 | | Handwritten Notes | 2-4-0153 | | |
| 234 | | Handwritten Notes | 2-4-0156 | | |
| 235 | | Handwritten Notes | 2-4-0162 | | |

DEFENDANT RYDBERG'S EXHIBIT LIST – PAGE 10

| 236 |  | Handwritten Notes | 2-4-0176 |  |  |
|-----|--|-------------------|----------|--|--|
| 237 |  | Handwritten Notes | 2-4-0182 |  |  |
| 238 | 9/14/2015 | Email between Matt Arber and James Noryian | No Bates |  |  |
| 239 | 11/6/2015 | Email between Arber and Rydberg | No Bates |  |  |
| 240 | 3/15/2016 | Email between Arber and Rydberg | No Bates |  |  |
| 241 | 10/12/2015 | ScottTrade Application | GOV_00020848-20849 |  |  |

Respectfully submitted,

 /s/ Barry Sorrels
_____

BARRY SORRELS
State Bar No. 18855300
STEPHANIE LUCE OLA
State Bar No. 24065649
SORRELS OLA
2619 Hibernia Street
Dallas, Texas 75204
214-774-2424 - phone
bjs@sorrelsola.com
**ATTORNEYS FOR DEFENDANT RYDBERG**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to opposing counsel on this 27th day of September, 2022.

*/s/ Barry Sorrels*
Barry Sorrels