IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 17-CR-155-L |
| CHRISTOPHER RYDBERG (03) | § § § § § § § § § | |

### NOTICE OF APPEARANCE OF CO-COUNSEL FOR CHRISTOPHER RYDBERG

Christopher Rydberg, a Defendant in this cause ("Defendant") by through the undersigned counsel, serves this Notice of Appearance. Defendant Christopher Rydberg requests that the Court records reflect that Joshua M. Russ of Reese Marketos LLP is making an appearance herein. It is further requested that all counsel of record and the Court direct its personnel to include Mr. Russ in its list of counsel of record in order that he be advised of all necessary settings and other relevant dates in this suit.

NOTICE OF APPEARANCE- Page 1 of 2

July 28, 2023                        Respectfully submitted,

                                      **REESE MARKETOS LLP**

                              By: _/s/ Joshua M. Russ_
                                  Andrew O. Wirmani
                                  Texas Bar No. 24052287
                                  andrew.wirmani@rm-firm.com
                                  Joshua M. Russ
                                  Texas Bar No. 24074990
                                  josh.russ@rm-firm.com
                                  750 N. Saint Paul St., Suite 600
                                  Dallas, Texas 75201-3201
                                  214.382.9810 telephone
                                  214.501.0731 facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                              By: _/s/ Joshua M. Russ_
                                  Joshua M. Russ