IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 17-CR-155-L |
| CHRISTOPHER RYDBERG (03) | § § § § § § § § § § | |

### NOTICE OF APPEARANCE OF CO-COUNSEL FOR CHRISTOPHER RYDBERG

Christopher Rydberg, a Defendant in this cause ("Defendant") by through the undersigned counsel, serves this Notice of Appearance. Defendant Christopher Rydberg requests that the Court records reflect that Margaret D. Terwey of Reese Marketos LLP is making an appearance herein. It is further requested that all counsel of record and the Court direct its personnel to include Ms. Terwey in its list of counsel of record in order that she be advised of all necessary settings and other relevant dates in this suit.

NOTICE OF APPEARANCE- Page 1 of 2

August 14, 2023                    Respectfully submitted,

                                                  **REESE MARKETOS LLP**

                                                  By: */s/ Margaret D. Terwey*
                                                        Andrew O. Wirmani
                                                        Texas Bar No. 24052287
                                                        andrew.wirmani@rm-firm.com
                                                        Joshua M. Russ
                                                        Texas Bar No. 24074990
                                                        josh.russ@rm-firm.com
                                                        Margaret D. Terwey
                                                        Texas Bar No. 24087454
                                                        margaret.terwey@rm-firm.com
                                                        750 N. Saint Paul St., Suite 600
                                                        Dallas, Texas 75201-3201
                                                        214.382.9810 telephone
                                                        214.501.0731 facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that on August 14, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                                  By: */s/ Margaret D. Terwey*
                                                        Margaret D. Terwey