IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Case No.   3:17-CR-155-L |
| | § | |
| CHRISTOPHER RYDBERG (3) | § | |

## CHRISTOPHER RYDBERG'S
## WITNESS LIST

Pursuant to Rule 16.1(B) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Defendant Christopher Rydberg submits the following list of witnesses that may be used in his defense at trial. Mr. Rydberg adopts all government and co-defendant witness lists filed in this case, subject to and without waiving challenges to admissibility. Mr. Rydberg reserves the right to supplement or amend this witness list, subject to rulings of the Court or submissions of the parties.

| NAME | | LIKELIHOOD |
| --- | --- | --- |
| Bachman, Judy | Bachman will testify to general pharmacy operations and interactions with employees and interactions with Rydberg. | possible |
| Clifford, Philip | Clifford will testify to his efforts to enter an agreement with Bandoola. | possible |
| Crocker, Gerry | Crocker will testify to Rydberg's job responsibilities and office dynamics. | possible |
| Davis, Randy | Davis will testify to his involvement with JR Dallas and his interactions with Robbie Jossa and Rydberg. | possible |
| Guadian, Amoret "Mona" | Guadian will testify to general pharmacy operations and interactions with employees and interactions with Rydberg. | possible |
| Imtiyazuddin, Mohammed | Imtiyazuddin will testify about his work as an accountant, tax records, his interaction with Rydberg, and Rydberg's personal taxes. | possible |

**Christopher Rydberg's Witness List Page - 1**

| | | |
|---|---|---|
| Marines, Megan | Marines will testify to general pharmacy operations and interactions with employees and interactions with Rydberg. | possible |
| Paprskar, Elsa | Paprskar will testify about Rydberg's role in the office, the office culture, and her interactions with Rydberg. | possible |
| Ritter, Robert | Ritter will testify about being a pharmacist, his involvement with the pharmacies, his interactions with Rydberg, instructions to Rydberg, and Rydberg's role in the office. | possible |
| Rydberg, Chris | RESERVED | possible |
| Sager, James D. | Sager will testify about Rydberg's property management responsibilities and the work Rydberg performed related to that. | possible |
| Van Gieson, Robert "Hump" | Van Gieson will testify about Rydberg's property management responsibilities and the work they did together, Rydberg's responsibilities in the office, and Rydberg's involvement with the pharmacies. | possible |
| Zamanian, Hossein | Zamanian will testify about tax records and about Rydberg's involvement in tax preparation. | possible |
| Porter, Cliff | Porter will testify as a fact witness regarding bank records involved in the case. | possible |
| Gerald Ellis McLeod | McLeod will testify about Rydberg's education, work history, and background. | possible |
| Leyla Nourian | Nourian will testify about real estate, loan, and investment activities. | possible |
| Jamie Allen | Allen will testify about the financials she created for Ability. | possible |

**Christopher Rydberg's Witness List Page - 2**

<table>
<tr><td>August 14, 2023</td><td>Respectfully submitted,<br><br>**REESE MARKETOS LLP**<br><br>By: /s/ *Andrew O. Wirmani*<br>Andrew O. Wirmani<br>Texas Bar No. 24052287<br>andrew.wirmani@rm-firm.com<br>Joshua M. Russ<br>Texas Bar No. 24074990<br>josh.russ@rm-firm.com<br>Margaret Terwey<br>State Bar of Texas No. 24087454<br>margaret.terwey@rm-firm.com<br>750 N. Saint Paul St., Suite 600<br>Dallas, Texas 75201-3201<br>214.382.9810 telephone<br>214.501.0731 facsimile<br>**ATTORNEYS FOR CHRISTOPHER RYDBERG**</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Criminal Procedure.

By: /s/ *Andrew O. Wirmani*

**Christopher Rydberg's Witness List Page - 3**