IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | |
| v. | § | Case No. 17-CR-155-L |
| | § | |
| CHRISTOPHER RYDBERG (03) | § | |
| | § | |
| | § | |

## CHRISTOPHER RYDBERG'S TRIAL EXHIBITS

Pursuant to Rule 16.1(B) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Defendant Christopher Rydberg submits the following list of exhibits that may be used in his defense at trial. Mr. Rydberg adopts all government and co-defendant exhibit lists filed in this case, subject to and without waiving challenges to admissibility. Mr. Rydberg reserves the right to supplement or amend this exhibit list, subject to rulings of the Court or submissions of the parties.

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
| --- | --- | --- | --- | --- | --- |
| 1 | N/A | SOS - Bandoola Pharmaceutical LLC | GOV_00044399-403 | | |
| 2 | N/A | SOS - Industrial & Family Pharmacy, Inc. | GOV_00044480-483 | | |
| 3 | N/A | SOS - Ability Pharmacy, Inc | GOV_00044379-398 | | |
| 4 | N/A | SOS - JCD Realty LLC | GOV_00044367-378 | | |
| 5 | N/A | SOS - Jade and Joy Holding, LLC | GOV_00044484-490 | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 6 | N/A | SOS - HJLM Holding, LLC | GOV_00044471-479 | | |
| 7 | N/A | SOS - Queen Shiva LLC | GOV_00044572-584 | | |
| 8 | N/A | SOS - Park Row Pharmacy, LLC | GOV_00044560-571 | | |
| 9 | N/A | Jade and Joy Holding LLC 1065 account transcript 2016 | GOV_00068002-003 | | |
| 10 | N/A | Rydberg MeF Form 1040 2015 | GOV_00068492-514 | | |
| 11 | N/A | Khavarmanesh 1040 account transcript 2015 | GOV_00068004-006 | | |
| 12 | N/A | Nourian MeF Form 1040 2016 | GOV_00068345-410 | | |
| 13 | N/A | Rydberg 1040 account transcript 2015. | GOV_00068026-028 | | |
| 14 | N/A | Ability Pharmacy Inc 1120S account transcript 2015 | GOV_00067983-985 | | |
| 15 | N/A | HJLM Holding LLC 1065 account transcript 2016 | GOV_00067995-996 | | |
| 16 | N/A | Nourian 1040 account transcript 2015 | GOV_00068008-010 | | |
| 17 | N/A | Bandoola Pharmaceutical LLC 1065 account transcript 2016 | GOV_00067991-992 | | |
| 18 | N/A | Park Row Pharmacy LLC 1120S account transcript 2016 | GOV_00068017-019 | | |
| 19 | N/A | Khavarmanesh MeF Form 1040 2015 | GOV_00068263-277 | | |
| 20 | N/A | Ritter J. 1040 account transcript 2015 | GOV_00068020-022 | | |
| 21 | N/A | Industrial & Family Pharmacy Inc 1120 account transcript 2015 | GOV_00067997-999 | | |
| 22 | N/A | HJLM Holdings LLC MeF Form 1065 2015 | GOV_00068143-173 | | |
| 23 | N/A | HJLM Holdings LLC MeF Form 1065 2016 | GOV_00068174-201 | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 24 | N/A | Ritter J. MeF Form 1040 2015 | GOV_00068450-470 | | |
| 25 | N/A | Jade and Joy Holding LLC MeF Form 1065 2015 | GOV_00068225-243 | | |
| 26 | N/A | Ability Pharmacy Inc MeF Form 1120S 2015 | GOV_00068029-065 | | |
| 27 | N/A | Bandoola Pharmaceutical LLC MeF Form 1065 2015 | GOV_00068098-117 | | |
| 28 | N/A | Ability Pharmacy Inc MeF Form 1120S 2016 | GOV_00068066-097 | | |
| 29 | N/A | Jade and Joy Holding LLC 1065 account transcript 2015 | GOV_00068000-001 | | |
| 30 | N/A | Park Row Pharmacy LLC MeF Form 1120S 2016 | GOV_00068430-449 | | |
| 31 | N/A | Industrial & Family Pharmacy Inc MeF Form 1120S 2015 | GOV_00068204-224 | | |
| 32 | N/A | Park Row Pharmacy LLC 1120S account transcript 2015 | GOV_00068014-016 | | |
| 33 | N/A | Ritter R. MeF Form 1040 2015 | GOV_00068471-491 | | |
| 34 | N/A | Ritter R. 1040 account transcript 2015 | GOV_00068023-025 | | |
| 35 | N/A | HJLM Holding LLC 1065 account transcript 2015 | GOV_00067993-994 | | |
| 36 | N/A | Nourian 1040 account transcript 2016 | GOV_00068011-013 | | |
| 37 | N/A | Bandoola Pharmaceutical LLC 1065 account transcript 2015 | GOV_00067989-990 | | |
| 38 | N/A | Ability Pharmacy Inc 1120S account transcript 2016 | GOV_00067986-988 | | |
| 39 | N/A | Park Row Pharmacy LLC Form 1120S 2015 | GOV_00068411-429 | | |
| 40 | N/A | Bandoola Pharmaceutical LLC MeF Form 1065 2016 | GOV_00068118-142 | | |
| 41 | N/A | Jade and Joy Holding LLC MeF Form 1065 2016 | GOV_00068244-262 | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 42 | N/A | Nourian MeF Form 1040 2015 | GOV_00068278-344 | | |
| 43 | N/A | Williams Phone - Messages_Chat - AppleiPhone6s | GOV_00063994-743 | | |
| 44 | N/A | Williams Phone 2 - Messages_Chat - AppleiPhone6s | GOV_00062064-813 | | |
| 45 | 03/09/16 | Text messages Rydberg and Williams | GOV_00064384-385 | | |
| 46 | 03/10/16 | Text messages Rydberg and Williams | GOV_00064424-432 | | |
| 47 | 03/11/16 | Text messages Rydberg and Williams | GOV_00064451-463 | | |
| 48 | 03/21/16 | Text messages Rydberg and Williams | GOV_00064689 | | |
| 49 | N/A | RESERVED | N/A | | |
| 50 | N/A | RESERVED | N/A | | |
| 51 | N/A | RESERVED | N/A | | |
| 52 | N/A | RESERVED | N/A | | |
| 53 | N/A | RESERVED | N/A | | |
| 54 | N/A | RESERVED | N/A | | |
| 55 | N/A | AT&T Records for Rydberg and Williams | No Bates Nos | | |
| 56 | 07/10/19 | Plea Agreement Supplement - Williams | GOV_00057158-159 | | |
| 57 | N/A | Emails between Williams and Marines | No Bates Nos | | |
| 58 | 07/23/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 59 | 07/23/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 60 | 07/21/15 | Email between Uddin and Rydberg | No Bates Nos | | |

Christopher Rydberg's Trial Exhibits - Page 4 of 16

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 61 | 07/27/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 62 | 07/28/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 63 | 08/13/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 64 | 08/28/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 65 | 08/28/15 | Email between Rydberg and James Noryian | No Bates Nos | | |
| 66 | 08/31/15 | Email between Uddin and McCoy | No Bates Nos | | |
| 67 | 09/08/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 68 | 09/10/15 | Email between Uddin, James Noryian, Leyla Nourian, and Rydberg | No Bates Nos | | |
| 69 | 09/23/15 | Email between Rydberg and David Noryian | No Bates Nos | | |
| 70 | 10/01/15 | Email between Uddin and McCoy | No Bates Nos | | |
| 71 | 10/06/15 | Email between Uddin and McCoy | No Bates Nos | | |
| 72 | 10/06/15 | Email between Uddin and McCoy | No Bates Nos | | |
| 73 | 10/07/15 | Email between Uddin, Rydberg, McCoy, and James Noryian | No Bates Nos | | |
| 74 | 10/14/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 75 | 12/22/15 | Email between Uddin and Rydberg | No Bates Nos | | |
| 76 | 01/27/16 | Emails between Uddin and Bachman | No Bates Nos | | |
| 77 | 02/25/16 | Emails between Uddin and Rydberg | No Bates Nos | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 78 | 03/09/16 | Email between Uddin and Rydberg | No Bates Nos | | |
| 79 | 03/24/16 | Email between Uddin and Rydberg | No Bates Nos | | |
| 80 | 04/11/16 | Email between Uddin and Rydberg | No Bates Nos | | |
| 81 | 04/13/16 | Email between Uddin and Rydberg | No Bates Nos | | |
| 82 | 04/15/16 | Email between Uddin and Rydberg | No Bates Nos | | |
| 83 | 04/27/16 | Email between Uddin and Rydberg | No Bates Nos | | |
| 84 | 09/03/17 | Industrial Pharmacy - 2016 Signature Form 8879-S | GOV_00065536-537 | | |
| 85 | 09/15/16 | Industrial Pharmacy - 2015 Signature Form 8879-S | GOV_00065535 | | |
| 86 | 09/15/16 | Park Row Pharmacy - 2015 Signature Form 8879-S | GOV_00065538 | | |
| 87 | 09/06/17 | Park Row Pharmacy - 2016 Signature Form 8879-S | GOV_00065539 | | |
| 88 | 09/13/16 | Bandoola 1065 201512 | GOV_00055107-123 | | |
| 89 | 09/06/17 | Bandoola 1065 201512 | GOV_00055124-145 | | |
| 90 | 09/13/16 | Jade Joy 1065 2015 | GOV_00055217-232 | | |
| 91 | 09/05/17 | Jade Joy 1065 2016 | GOV_00055233-248 | | |
| 92 | 04/08/16 | HJLM 1065 201512 | GOV_00055146-173 | | |
| 93 | 08/30/17 | HJLM 1065 201612 | GOV_00055174-197 | | |
| 94 | 01/15/19 | Kimberly McCoy Cell Phone Report | No Bates, pp. 1-17237 | | |
| 95 | N/A | RESERVED | N/A | | |
| 96 | N/A | RESERVED | N/A | | |
| 97 | N/A | RESERVED | N/A | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 98 | N/A | RESERVED | N/A | | |
| 99 | N/A | RESERVED | N/A | | |
| 100 | N/A | RESERVED | N/A | | |
| 101 | N/A | Kimberly McCoy business card | No Bates Nos | | |
| 102 | 09/30/15 | Email between McCoy and Sumerour | No Bates Nos | | |
| 103 | 11/13/14 | Email between McCoy and Mitzy P. | No Bates Nos | | |
| 104 | 01/20/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 105 | 03/24/15 | Email between McCoy, James Noryian, and Zamanian | No Bates Nos | | |
| 106 | 02/03/15 | Email between McCoy, James Noryian, Ritter, and Rydberg | No Bates Nos | | |
| 107 | 03/31/16 | Email between McCoy and James | No Bates Nos | | |
| 108 | 06/09/15 | Email between Rydberg and jerry@themcculleyteam.com, James Noryian, and McCoy | No Bates Nos | | |
| 109 | 12/11/15 | Email between Callahan, McCoy, Rydberg, and James Noryian | No Bates Nos | | |
| 110 | 10/14/14 | Email between Uddin and Noryian | No Bates Nos | | |
| 111 | 04/28/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 112 | 04/18/16 | Email between McCoy and Rydberg | No Bates Nos | | |
| 113 | 01/22/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 114 | 02/25/16 | Email between McCoy and Ryan Groeneweg | No Bates Nos | | |
| 115 | 04/23/15 | Email between James Noryian and Callahan | No Bates Nos | | |

**Christopher Rydberg's Trial Exhibits - Page 7 of 16**

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 116 | 02/24/16 | Email between Rydberg, McCoy, James Noryian and Callahan | No Bates Nos | | |
| 117 | 10/17/14 | Email between McCoy and Rydberg | No Bates Nos | | |
| 118 | 12/02/14 | Email between McCoy, James Noryian, and other | No Bates Nos | | |
| 119 | 04/22/15 | Email between Kathy Loredo, McCoy, and Rydberg | No Bates Nos | | |
| 120 | 10/08/14 | Email between McCoy and Rydberg | No Bates Nos | | |
| 121 | 10/09/14 | Email between McCoy and Rydberg | No Bates Nos | | |
| 122 | 01/26/16 | Email between McCoy and Sager | No Bates Nos | | |
| 123 | 04/15/15 | Email between McCoy and Loredo | No Bates Nos | | |
| 124 | 11/23/15 | Email between McCoy and JB | No Bates Nos | | |
| 125 | 03/02/16 | Email between McCoy and Sager | No Bates Nos | | |
| 126 | 10/15/14 | Email between McCoy and James Noryian | No Bates Nos | | |
| 127 | 05/06/16 | Email between McCoy and Brian Reising | No Bates Nos | | |
| 128 | 10/21/14 | Email between Fayyazi and McCoy | No Bates Nos | | |
| 129 | 01/15/15 | Email between McCoy and J. Noryian | No Bates Nos | | |
| 130 | 04/20/15 | Email between McCoy, Ritter, and Khavarmanesh | No Bates Nos | | |
| 131 | 03/23/15 | Email between McCoy, Ritter, and Khavarmanesh | No Bates Nos | | |
| 132 | 10/21/14 | Email between McCoy and Fayyazi | No Bates Nos | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 133 | 04/20/15 | Email between McCoy, Ritter, and Khavarmanesh | No Bates Nos | | |
| 134 | 11/17/14 | Email between Rydberg, James Noryian, and Robert Ritter | No Bates Nos | | |
| 135 | 11/02/15 | Email between McCoy and Bachman | No Bates Nos | | |
| 136 | 07/21/15 | Email between McCoy, Rydberg, and Bachman | No Bates Nos | | |
| 137 | 11/09/15 | Email between Bachman and others | No Bates Nos | | |
| 138 | 03/26/15 | Email between McCoy, James Noryian, and Moreno | No Bates Nos | | |
| 139 | 03/31/15 | Email between Rydberg and Fayyazi | No Bates Nos | | |
| 140 | 06/04/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 141 | 07/02/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 142 | 03/04/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 143 | 11/06/14 | Email between McCoy and Rydberg | No Bates Nos | | |
| 144 | 05/20/15 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates Nos | | |
| 145 | 01/11/16 | Email between McCoy, James G, and Rydberg | No Bates Nos | | |
| 146 | 10/01/15 | Email between McCoy, Uddin, James Noryian, and Rydberg | No Bates Nos | | |
| 147 | 03/09/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 148 | 08/31/15 | Email between McCoy, Wally Jones, and Rydberg | No Bates Nos | | |
| 149 | 03/21/15 | Email between McCoy, Rydberg, and Vahid Behzadi | No Bates Nos | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 150 | 09/25/15 | Email between McCoy, Rydberg, Van Gieson, James Noryian, and David Star | No Bates Nos | | |
| 151 | 02/09/15 | Email between McCoy and Rydberg | No Bates Nos | | |
| 152 | 04/15/15 | Emails between McCoy, Rydberg, Callahan | No Bates Nos | | |
| 153 | 04/09/15 | Email between James Noryian and Rydberg | No Bates Nos | | |
| 154 | 08/20/15 | Email between James Noryian and Kevin Meeks | No Bates Nos | | |
| 155 | 07/01/15 | Email between Rydberg, James Noryian, and McCoy | No Bates Nos | | |
| 156 | 04/22/15 | Email between Loredo, Rydberg, McCoy, and Heather Scott | No Bates Nos | | |
| 157 | 11/11/14 | Email between Rydberg and McCoy | No Bates Nos | | |
| 158 | 12/22/14 | Email between Rydberg and McCoy | No Bates Nos | | |
| 159 | 11/07/14 | Email between Rydberg and McCoy | No Bates Nos | | |
| 160 | 03/20/15 | Email between James Noryian, McCoy, and Callahan | No Bates Nos | | |
| 161 | 06/03/14 | Email between Rydberg and McCoy | No Bates Nos | | |
| 162 | 06/17/14 | Email between Rydberg and McCoy | No Bates Nos | | |
| 163 | 01/11/16 | Email between McCoy and James Cooper | No Bates Nos | | |
| 164 | 10/01/15 | Email between McCoy and Vasseur | No Bates Nos | | |
| 165 | 06/09/15 | Email between Rydberg, Sager, James Noryian, and McCoy | No Bates Nos | | |

Christopher Rydberg's Trial Exhibits - Page 10 of 16

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 166 | 04/07/16 | Email between Rydberg and Rachel Bubela | No Bates Nos | | |
| 167 | 08/19/15 | Email between McCoy and Wally Jones | No Bates Nos | | |
| 168 | 07/29/15 | Email between James Noryian, McCoy, and Callahan | No Bates Nos | | |
| 169 | 05/01/15 | Email between McCoy and Ali Alavi | No Bates Nos | | |
| 170 | 05/02/15 | Email between McCoy and Ali Alavi | No Bates Nos | | |
| 171 | 10/13/15 | Email between McCoy and Chris Shah | No Bates Nos | | |
| 172 | 09/17/15 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates Nos | | |
| 173 | 10/20/15 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates Nos | | |
| 174 | 11/04/14 | Email between Ritter, McCoy, Rydberg, and James Noryian | No Bates Nos | | |
| 175 | 01/07/15 | Email between Rydberg, Ritter, and McCoy | No Bates Nos | | |
| 176 | 06/04/15 | Email between Ritter and McCoy | No Bates Nos | | |
| 177 | 09/30/15 | Email between Ritter and McCoy | No Bates Nos | | |
| 178 | 09/30/15 | Email between McCoy and Mike Benson | No Bates Nos | | |
| 179 | 09/30/15 | Email between McCoy and Sumerour | No Bates Nos | | |
| 180 | 09/30/15 | Email between McCoy and Sumerour | No Bates Nos | | |
| 181 | 06/05/15 | Email between McCoy and Williams | No Bates Nos | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 182 | 02/17/15 | Email between McCoy and Sager | No Bates Nos | | |
| 183 | 12/29/14 | Email between McCoy and Benson | No Bates Nos | | |
| 184 | 11/17/14 | New Loan Application | No Bates Nos | | |
| 185 | 01/07/15 | Email between Rydberg, McCoy, and Ritter | No Bates Nos | | |
| 186 | N/A | RESERVED | N/A | | |
| 187 | 03/22/16 | Email between Ritter and Rydberg | No Bates Nos | | |
| 188 | 01/08/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 189 | 02/09/16 | Email between Ritter and Rydberg | No Bates Nos | | |
| 190 | 11/05/14 | Email between Alavi, Ritter, and Rydberg | No Bates Nos | | |
| 191 | 01/21/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 192 | 07/01/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 193 | 12/01/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 194 | 01/21/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 195 | 11/20/14 | Email between Ritter and Rydberg | No Bates Nos | | |
| 196 | 10/15/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 197 | 11/04/14 | Email between Rydberg, Salaudeen Olatunji, James Noryian, Ritter | No Bates Nos | | |
| 198 | 10/15/15 | Email between Ritter and Rydberg | No Bates Nos | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 199 | 10/15/15 | Email between Rydberg and Ritter | No Bates Nos | | |
| 200 | 02/11/15 | Email between Rydberg and Callahan | No Bates Nos | | |
| 201 | 02/04/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 202 | 03/06/15 | Email between Ritter and Rydberg | No Bates Nos | | |
| 203 | 03/23/15 | Email between James Noryian, McCoy, and Zamanian | No Bates Nos | | |
| 204 | 03/24/15 | Email between James Noryian, McCoy, and Zamanian | No Bates Nos | | |
| 205 | 04/15/14 | Emails between Rydberg and Zamanian | No Bates Nos | | |
| 206 | 05/20/14 | Emails between Rydberg and Zamanian | No Bates Nos | | |
| 207 | 07/23/14 | Email between Rydberg and Fayyazi | No Bates Nos | | |
| 208 | 05/12/16 | USPS-OIG Cellebrite Report of Robert Van Gieson's iPad | No Bates Nos, pp. 1- 1695 | | |
| 209 | N/A | RESERVED | N/A | | |
| 210 | N/A | RESERVED | N/A | | |
| 211 | N/A | RESERVED | N/A | | |
| 212 | N/A | RESERVED | N/A | | |
| 213 | N/A | RESERVED | N/A | | |
| 214 | N/A | RESERVED | N/A | | |
| 215 | N/A | RESERVED | N/A | | |
| 216 | N/A | Handwritten Notes | 2-4-0005 | | |
| 217 | N/A | Handwritten Notes | 2-4-0023 | | |
| 218 | N/A | Handwritten Notes | 2-4-0028 | | |
| 219 | N/A | Handwritten Notes | 2-4-0032 | | |
| 220 | N/A | Handwritten Notes | 2-4-0038 | | |
| 221 | N/A | Handwritten Notes | 2-4-0052 | | |
| 222 | N/A | Handwritten Notes | 2-4-0056 | | |
| 223 | N/A | Handwritten Notes | 2-4-0065 | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 224 | N/A | Handwritten Notes | 2-4-0082 | | |
| 225 | N/A | Handwritten Notes | 2-4-0091 | | |
| 226 | N/A | Handwritten Notes | 2-4-0096 | | |
| 227 | N/A | Handwritten Notes | 2-4-0101 | | |
| 228 | N/A | Handwritten Notes | 2-4-0107 | | |
| 229 | N/A | Handwritten Notes | 2-4-0113 | | |
| 230 | N/A | Handwritten Notes | 2-4-0127 | | |
| 231 | N/A | Handwritten Notes | 2-4-0140 | | |
| 232 | N/A | Handwritten Notes | 2-4-0146 | | |
| 233 | N/A | Handwritten Notes | 2-4-0153 | | |
| 234 | N/A | Handwritten Notes | 2-4-0156 | | |
| 235 | N/A | Handwritten Notes | 2-4-0162 | | |
| 236 | N/A | Handwritten Notes | 2-4-0176 | | |
| 237 | N/A | Handwritten Notes | 2-4-0182 | | |
| 238 | 09/14/15 | Email between Matt Arber and James Noryian | No Bates Nos | | |
| 239 | 11/06/15 | Email between Arber and Rydberg | No Bates Nos | | |
| 240 | 03/15/16 | Email between Arber and Rydberg | No Bates Nos | | |
| 241 | 10/12/15 | ScottTrade Application | GOV_00020848-849 | | |
| 242 | 03/08/16 | Invoice for Taba office remodel | No Bates Nos | | |
| 243 | 08/15/16 | Invoice for Taba house project | No Bates Nos | | |
| 244 | 11/10/16 | Email between Van Gieson, Taba, and St Clair | Taba 240-241 | | |
| 245 | 05/20/16 | Email between Van Gieson, Taba, and St Clair | Taba 228-230 | | |
| 246 | 05/26/16 | Email between Van Gieson, Taba, and St Clair | Taba 231 | | |
| 247 | 09/30/15 | Email between Van Gieson and St Clair | Taba 238 | | |
| 248 | 11/03/16 | Email between Van Gieson and St Clair | Taba 239 | | |

| Ex. | Date | Title/Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 249 | 07/01/14 | Promissory Note | Bates illegible E247:E250 | | |
| 250 | N/A | Refreshed JPMorgan Chase Bank Accounts of Michael Taba | GOV_00080839-082 | | |
| 251 | N/A | Chase Account Ending in 5614 of Michael Taba | GOV_00030052-807 | | |
| 252 | Various Dates | Promissory Notes | NOU_000020 | | |
| 253 | N/A | Sample check for Wells Fargo account ending in 2415 in the name of Robert Ritter | No Bates Nos | | |
| 254 | N/A | Sample check for Wells Fargo account ending in 2415 in the name of Robert Ritter with Christopher Rydberg added as signatory | No Bates Nos | | |

August 14, 2023                                 Respectfully submitted,

**REESE MARKETOS LLP**

By: /s/ *Andrew O. Wirmani*
    Andrew O. Wirmani
    Texas Bar No. 24052287
    andrew.wirmani@rm-firm.com
    Joshua M. Russ
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Margaret Terwey
    State Bar of Texas No. 24087454
    margaret.terwey@rm-firm.com
    750 N. Saint Paul St., Suite 600
    Dallas, Texas 75201-3201
    214.382.9810 telephone
    214.501.0731 facsimile
    **ATTORNEYS FOR**
    **CHRISTOPHER RYDBERG**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023 a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Criminal Procedure.

By: /s/ *Andrew O. Wirmani*