

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Criminal Action No. **3:17-CR-155-L** |
| | § |
| **DEHSHID NOURIAN,** | § |
| a.k.a. **DAVID NOURIAN;** | § |
| **CHRISTOPHER RYDBERG;** and | § |
| **MICHAEL TABA.** | § |

## VERDICT OF THE JURY

We, members of the jury, find **Defendant Dehshid ("David") Nourian:**

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count One** (Conspiracy to Commit Health Care Fraud) of the Superseding Indictment ("Indictment");

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Two** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Three** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Four** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Five** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Six** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Seven** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Eight** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__Guilty__
"Guilty" or "Not Guilty"
of the offense charged in **Count Nine** (Health Care Fraud and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Ten** (Conspiracy to Launder Money and Engage in Monetary Transactions in Criminally Derived Property) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Eleven** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Twelve** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Fourteen** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Fifteen** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Sixteen** (Money Laundering and Aiding and Abetting) of the Indictment; and

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Seventeen** (Conspiracy to Defraud the United States) of the Indictment.

We, members of the jury, find Defendant **Christopher Rydberg**:

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count One** (Conspiracy to Commit Health Care Fraud) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Ten** (Conspiracy to Launder Money and Engage in Monetary Transactions in Criminally Derived Property) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Eleven** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Twelve** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Thirteen** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Fourteen** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Fifteen** (Money Laundering and Aiding and Abetting) of the Indictment;

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Sixteen** (Money Laundering and Aiding and Abetting) of the Indictment; and

__GUILTY__
"Guilty" or "Not Guilty"

of the offense charged in **Count Seventeen** (Conspiracy to Defraud the United States) of the Indictment.

We, members of the jury, find Defendant **Michael Taba**:

__GUILTY__ of the offense charged in **Count One** (Conspiracy to Commit Health
"Guilty" or "Not Guilty"   Care Fraud) of the Indictment;

__GUILTY__ of the offense charged in **Count Seven** (Health Care Fraud and
"Guilty" or "Not Guilty"   Aiding and Abetting) of the Indictment;

__GUILTY__ of the offense charged in **Count Eight** (Health Care Fraud and
"Guilty" or "Not Guilty"   Aiding and Abetting) of the Indictment; and

__GUILTY__ of the offense charged in **Count Nine** (Health Care Fraud and
"Guilty" or "Not Guilty"   Aiding and Abetting) of the Indictment.

**Signed** this __16th__ day of November, 2023.

_____
Presiding Juror's Signature

Verdict of the Jury – Page 4