IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 3:17-CR-155-L |
| CHRISTOPHER RYDBERG (03) | § | |

## ORDER

Before the court is Defendant Christopher Rydberg's Unopposed Motion to Modify Conditions of Release ("Motion") (Doc. 743), filed December 11, 2023. Defendant requests a modification to his current conditions of release to include stand-alone monitoring (SAM) with global positioning system (GPS) technology in lieu of home detention. The Government is not opposed to the Motion. Accordingly, after consideration, the court determines that the Motion should be and is hereby **granted**.

The Order Modifying Defendant Christopher Rydberg's Conditions of Release (Doc. 738) is modified to include the following, in lieu of home detention:

> Defendant must submit to stand-alone monitoring ("SAM") of his location with global positioning system ("GPS") technology and comply with all of the program requirements and instructions provided by the pretrial services office or supervising officer.

**It is so ordered** this 13th day of December, 2023.

Sam A. Lindsay
United States District Judge